# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIDS, INC.,<br><br>    Defendant. | Case No.  20-cv-1408-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**<br><br>[Doc. No. 5] |

Julissa Cota, individually and on behalf of herself and all others similarly situated, ("Plaintiff") and LIDS, Inc. ("Defendant") jointly move for an extension of time within which Defendant must answer or otherwise respond to Plaintiff's Complaint. *See* Doc. No. 5. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant answer or otherwise respond to the Complaint on or before **September 23, 2020**. Any further extension requests should be made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) *prior* to the deadline.

　　**IT IS SO ORDERED**.

Dated: August 27, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge

1

20-cv-1408-MMA (BLM)