# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIDS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 20-cv-1408-MMA (BLM)<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**<br><br>[Doc. No. 9] |

Julissa Cota ("Plaintiff") and LIDS, Inc. ("Defendant") jointly move for a third extension of time within which Defendant must answer or otherwise respond to Plaintiff's Complaint. *See* Doc. No. 9. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant answer or otherwise respond to the Complaint on or before **January 22, 2021**. Additionally, given this is the third requested extension, the Court **ORDERS** the parties to contact the assigned magistrate judge on or before **December 1, 2020** to schedule an early neutral evaluation conference. *See* CivLR 16.1.c.1.

　　　**IT IS SO ORDERED**.

Dated: November 23, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge

1

20-cv-1408-MMA (BLM)