UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>LIDS, INC. AND DOES 1-10,<br><br>Defendant. | Case No.:  20CV1408-MMA(BLM)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE JANUARY 6, 2021 EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 12]** |

On December 28, 2020, the parties filed a Joint Motion to Continue January 6, 2021 Early Neutral Evaluation Conference and Case Management Conference. See ECF No. 12.  The parties seek to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") currently scheduled for January 6, 2021 to February 5, 2021 or later.  Id. at 3.  In support, the parties state that Defendant's current responsive pleading deadline is January 22, 2021, Defendant is currently investigating Plaintiff's allegations in the Complaint "which has been a time-consuming process as the investigation involves various highly technical aspects of the website at issue in this case[,]" and Defendant is waiting for a copy of Plaintiff's

summary of the alleged website accessibility issues she experienced.  Id. at 2-3.

The parties' motion is **DENIED**.  See ECF No. 10 (November 23, 2020 Order from Judge Anello requiring the parties to contact Judge Major's chambers and schedule an ENE).  Plaintiff initiated this matter on July 22, 2020 and Defendant has yet to respond to the complaint.  See ECF No. 1; see also Docket.  The parties have requested a continuance of Defendant's response deadline three times.  See ECF Nos. 5, 7, and 9.  The first request was because Defendant did not receive timely notice of Plaintiff's service of the complaint and needed additional time "to evaluate and investigate Plaintiffs' allegations."  ECF No. 5 at 2.  The second request cites the COVID-19 pandemic and uses nearly the exact same langue the parties use in the instant motion, that investigating Plaintiff's allegations "will be a time-consuming process as the investigation involves various highly technical aspects of the website at issue in this case."  ECF No. 7 at 2.  The reasons for the third request are identical to the second request.  See ECF Nos. 7 and 9.  This is not good cause for continuing the January 6, 2021 ENE and CMC.  The participant information, confidential settlement statements, and Joint Discovery Plan must be lodged and/or filed as ordered.  See ECF No. 11.

**IT IS SO ORDERED**.

Dated:  12/28/2020

Hon. Barbara L. Major
United States Magistrate Judge