# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA,<br><br>       Plaintiff,<br><br>v.<br><br>LIDS, INC.,<br><br>       Defendant. | Case No. 20-cv-1408-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 19] |

  The parties jointly move to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 19. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action with prejudice. The Court **DIRECTS** the Clerk of Court to close the case in its entirety. Each party bears its own attorneys' fees, experts' fees, and costs.

  **IT IS SO ORDERED**.

Dated: March 17, 2021

                                 _____
                                 HON. MICHAEL M. ANELLO
                                 United States District Judge